# United States District Court

Northern — DISTRICT OF — California

See 1 in Addendum
V.
UWA TILE COPORATION, a California corporation,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08 0622 JL

TO: (Name and address of defendant)

UWA Tile Corporation
ATTN: Newton Uwaifo
15250 Hesperian Blvd., Suite 201
San Leandro, California 94518

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

DATE JAN __ 2008

(BY) DEPUTY CLERK

ANNA SPRINKLES

# Addendum

1. BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-proft California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

   Plaintiffs.

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California  94133-2930 | (415) 834-1778 | |
| Attorneys for:  PLAINTIFFS | Ref. No. Or File No.<br>W2491312 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO 3  et al.,

Defendant:
UWA TILE CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-0622 JL |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the:  SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : UWA TILE CORPORATION, a California Corporation

By Serving         : MS. UWAIFO, Wife

Address            : 3433 Margarita Avenue, Oakland, California  94605
Date & Time        : Saturday, February 9, 2008 @ 9:40 a.m.
Witness fees were  : Demanded but not paid.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 11, 2008          Signature: _Ronald Marcus_
                                              Ronald Marcus



| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO 3 et al., | | |
| Defendant: UWA TILE CORPORATION, et al. | | |

| | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| **POS BY MAIL** | | | | 08-0622 JL |

On February 11, 2008, I served the within:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

UWA TILE CORPORATION, a California Corporation
3433 Margarita Avenue
Oakland, California  94605

NEWTON UWAIFO, Authorized Agent

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 11, 2008                    Signature: _____
                                                        Edwina Galvan


Printed on recycled paper

Judicial Council form, rule 982(a) (23)