```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    (415) 834-1778
 4
    Attorney for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>UWA TILE CORPORATION, a California corporation.<br><br>    Defendant. | CASE NO. 08-00622 JL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the dismissal, without prejudice, of the entire action.

Dated: June 10, 2008                    /S/ Kimberly A. Hancock
                                        Katzenbach and Khtikian
                                        Kimberly A. Hancock
                                        Attorney for Plaintiffs

**PROOF OF SERVICE BY MAIL**

I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On June 11, 2008, I served a true copy of the foregoing document described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

UWA Tile Corporation
c/o Newton Uwaifo
9708 MacArthur Blvd.
Oakland, CA 94605-4747

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 11, 2008 in San Francisco, California.

*Haley Alexandra Brown*
Haley Alexandra Brown